UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., Plaintiff, v. LUMENS INTEGRATION, INC., Defendant. | Case No.: 3:17-CV-0316-CAB-(BLM)<br><br>**ORDER ON MOTION TO DISMISS [Doc. No. 15]** |
|---|---|

Having considered the parties' Joint Motion to Dismiss the above-captioned action with prejudice, the Court **GRANTS** the joint motion. [Doc. No. 15.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

Dated: October 31, 2017

Hon. Cathy Ann Bencivengo
United States District Judge